UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:   Ditty, Stephen & Linda                                    Case No. 10-40537-RJK

                    Debtors                                        Chapter 13

NOTICE OF HEARING AND MOTION
FOR APPROVAL OF SALE OF PROPERTY OF THE ESTATE

    1.   Stephen and Linda Ditty, ("Debtor"), move the court for relief requested below and give notice of hearing.

    2.   The court will hold a hearing on this motion on Wednesday, March 14, 2012 at 9:30 a.m., in U.S. Courthouse, Suite 8 West, 300 South Fourth Street, Minneapolis, Minnesota before the Honorable Robert J. Kressel, Bankruptcy Judge.

    3.   Any response to this motion must be filed and served not later than Wednesday, March 7, 2012, which is seven days before the time set for the hearing (including Saturdays, Sundays, and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

    4.   This court has jurisdiction over this motion pursuant to 28 U.S.C. §§157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1.  This proceeding is a core proceeding. The petition commencing this chapter 13 case was filed on January 27, 2010. The case is now pending in this court.

    5.   This motion arises under 11 U.S.C. §§363 and 1303 and Bankruptcy Rule 6004. This motion is filed under Bankruptcy Rule 9014 and Local Rules 9006-1, 9013-1 through 9013-5, 6004-1, and such other Local Rules as may pertain. Debtor requests relief with respect to an order approving the sale of the Debtor's and estate's interests in certain real property, all as more specifically set forth herein.

    6.   One the date of filing, Linda Ditty and her brother, Carl Holmgren, were owners of property subject to a life estate on the life of Genevieve Holmgren, their mother.  Within 180 days of filing this case, Genevieve Holmgren, passed away on February 7, 2010. Linda and her brother Carl Holmgren held a beneficial life estate interest as Tenants in Common in their mother's home located at 3214 Tyler Street NE, Minneapolis, MN 55418, legally described as "Lot 012, Block 004, Chute Bros 1st Addition to City of Minneapolis, according to the recorded plat thereof." Hennepin County, Minnesota ("Property").

    7.   The Debtor was advised by counsel that the Debtor's interest in the Property was property of the bankruptcy estate by operation of 11 U.S.C. §541(a)(5) and must be marketed for sale. The Chapter 13 Trustee was notified and an amended Schedule B was filed to disclose the Debtor's interest in the Property.

8. The Chapter 13 plan was modified to provide that the Debtor would pay her portion of the net sale proceeds of the Property into her chapter 13 plan as an additional payment.

9. Coldwell Banker Burnet listed the Property with MLS December 5, 2010 for $140,000.00. The price was reduced to $129,888.00 in May of 2011, with five subsequent price reductions. On January 8, 2012, the listing price was reduced to $92,000.00.

11. The Property is subject to a home equity line with TCF in the amount of approximately $67,423.46 as of February 20, 2012.

12. On December 17, 2011, Linda Ditty passed away. There was no will. Her spouse and Co- Debtor, Stephen Ditty, inherited Linda's one half interest in the Property through intestate succession. The paperwork was submitted to the Probate Court for filing.

13. Although the Property was listed for sale over a year ago it has had only one second showing. This showing resulted in an offer from EWR Services, LLC ("Buyer"), to purchase the Property for $81,000.00, with no inspection or appraisal contingency, to be paid upon approval of the sale by the bankruptcy court and execution by the joint owner, the Debtor and/or the Jasmine Z Keller, Chapter 13 Trustee ("Trustee") of such documents as may be necessary to effect the transfer of the Property. $500.00 was tendered to be deposited as earnest money upon final acceptance of the Purchase Agreement. See Purchase Agreement attached.

14. The purchase price is being financed 100% by Render Development. See Render Development correspondence attached.

15. The Sellers have no connection with the Buyer.

16. The sale of the Debtor's and bankruptcy estate's interests in said Property shall be "as is," and subject to the TCF home equity loan, any liens, covenants, reservations and restrictions of record; any unpaid taxes, utility bills, charges or assessments of any kind or nature whatsoever, whether known or unknown; any defect of any kind in the record title to the Property, any hazardous condition, disrepair, building code violation or other physical defect of the Property, whether past, present, or future, latent or patent, it being the intention that no warranties or representations of any kind are being made by the Debtor to the purchasers.

17. The Debtor believes the proposed purchase price for the Property is fair and reasonable. The Property has been on the market in excess of 400 days without any other offer. The home is small, in need of updates and backs up to a funeral home on a central parking lot. Additionally, there are many foreclosure properties in the area.

17. The Debtor and the Trustee both believe that the proposed sale is in the best interests of the Debtor, his creditors and the bankruptcy estate, and shall terminate the burdensome requirement to pay property taxes and ongoing expenses to maintain the Property.

18. The sale will result in an additional payment to the unsecured creditors. The exact figure for the net sale proceeds is yet to be determined. The Debtor's interest in the sale proceeds

is non-exempt and therefore property of the bankruptcy estate.

     WHEREFORE, the Debtor moves the court for an order approving the sale of his interest in the Property on the terms and conditions set forth herein and as set forth in the attached proposed order, and such other, further and different relief as may be just and equitable.

Dated: February 15, 2012          /e/ Mary C. Hoben
                                      Curtis K. Walker, #113906
                                        Mary C Hoben, #0335411
                                        Andrew Walker, #0392525
                                        Attorney for Debtor(s)
                                        4356 Nicollet Avenue South
                                        Minneapolis, MN 55409
                                        (612) 824-4357

Verification. I, Stephen Ditty, the debtor and moving party in the foregoing notice of hearing and motion, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on: 2-15-12

                                        Signed: /s/ Stephen P. Ditty

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:   Ditty, Stephen & Linda                              Case No. 10-40537-RJK

                  Debtors                                    Chapter 13

**MEMORANDUM OF FACTS AND LAW**

FACTS

The facts supporting the requested relief are set forth in the verified Motion and attachment, and will not be repeated here.

LEGAL DISCUSSION

Section 1303 of the Bankruptcy Code states: "Subject to any limitations on a trustee under this chapter, the debtor shall have, exclusive of the trustee, the rights and powers of a trustee under sections 363(b), 363(d), 363(e), 363(f), and 363(l) of this title." *11 U.S.C. §1303.*

Section 363(b)(1) states: "The trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate, . . .". *11 U.S.C. §363(b)(1).*

Section 541(a)(5)(A) states that property of the estate includes the following:

Any interest in property that would have been property of the estate if such interest
had been an interest of the debtor on the date of the filing of the petition, and that the
debtor acquires or becomes entitled to acquire within 180 days after such date-
    (A) by bequest, devise, or inheritance;
*11 U.S.C. §541(a)(5)(A).*

Section 1306(a)(1) brings property of the type specified in §541(a)(5)(A), and acquired after the commencement of the case but before the case is closed, into the chapter 13 estate.

The effect of these four statutes is to bring Linda Ditty's one-half interest in the property located at 3214 Tyler St. NE, Minneapolis, Minnesota, into the bankruptcy estate; where it remained upon her death, and inheritance by her spouse and Co-Debtor, Stephen Ditty; who has the exclusive right to sell said Property.

A third party, EWR Services, LLC has offered to purchase the Property for the sum of $81,000.00, upon completion of the probate proceedings, approval of the sale by

the bankruptcy court and the execution of any transfer documents that may be required by the Debtor and/or Chapter 13 Trustee, in order to consummate the sale under Minnesota law.

It is in the best interests of the Debtor, his creditors, and the bankruptcy estate, for the Court to approve this proposed sale. The sale will result in an additional payment of cash into the bankruptcy estate to increase the payout to the unsecured creditors.

## CONCLUSION

For the reasons stated herein, the Court should approve the proposed sale of the Debtor's interest in Property located at 3214 Tyler Street NE, Minneapolis, Minnesota, on the terms and conditions stated herein and in the attached Purchase Agreement.

Dated: February 15, 2012

Respectfully submitted,
/e/ Mary C. Hoben
Curtis K. Walker, #113906
Mary C Hoben, #0335411
Andrew Walker, #0392525
Attorney for Debtor(s)
4356 Nicollet Avenue South
Minneapolis, MN 55409
(612) 824-4357

                                                                                      **DISTRICT OF MINNESOTA**

IN RE:   Ditty, Stephen & Linda                        Case No. 10-40537-RJK

             Debtors                                                                       Chapter 13

## ORDER APPROVING SALE OF REAL PROPERTY

At Minneapolis, Minnesota, _____, 2012

The above entitled matter came before the undersigned United States Bankruptcy Judge on the Debtor's motion for approval of the sale of certain real property of the estate.

Appearances, if any, were noted in the minutes.

Upon the verified motion, the arguments presented, and all of the files, records and proceedings herein,

IT IS ORDERED:

1. The Debtor is authorized to sell the Debtor's and the bankruptcy estate's interest in the property located at 3214 Tyler Street NE, Minneapolis, Hennepin County, Minnesota; legally described as:

    Lot 012, Block 004 Chute Brothers 1st Addition to City of Minneapolis, according to the recorded plat thereof.  Hennepin County, Minnesota

    to EWR Services, LLC, for the sum of Eighty-One Thousand Dollars ($81,000.00).

2. The sale of the Debtor's and the bankruptcy estate's interest in the Property shall be "as is," and subject to the TCF Bank home equity loan, any liens, covenants, reservations and restrictions of record; any unpaid taxes, utility bills, charges or assessments or any kind or nature whatsoever, whether known or unknown; any defect of any kind in the record title to the Property; any hazardous condition, disrepair, building code violation, or other physical defect of the Property, whether past, present or future, latent or patent, it being the intention that no warranties or representations of any kind are being made by the Debtor to the purchasers.

3. The Debtor and/or Jasmine Z. Keller, Chapter 13 Trustee, shall execute such documents as may be required in order to effect the sale and transfer of the Property, subject to the terms and conditions of this Order.

                                                                        _____

                                                                   Robert J. Kressel, United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:   Ditty, Stephen & Linda            Case No. 10-40537-RJK

            Debtors                         Chapter 13

**UNSWORN CERTIFICATE OF SERVICE**

I, Mary C. Hoben, declare under penalty of perjury that on February 15, 2012, I mailed copies of the foregoing Notice of Hearing and Motion For Approval of Sale of Property of the Estate, Memorandum of Facts and Law, and Proposed Order by first class mail postage prepaid to each entity named below at the address stated below for each entity:

| | |
|---|---|
| United States Trustee<br>1015 U.S. Courthouse<br>300 South 4th Street<br>Minneapolis, MN 55415 | Eric Brever<br>Foster & Brever, PLLC<br>2812 Anthony Lane S, Suite 200<br>Minneapolis, MN 55418 |
| Jasmine Z. Keller, Chapter 13 Trustee<br>310 Plymouth Building<br>Minneapolis, MN 55402 | Eric Russell<br>5120 Edina Industrial Blvd<br>Edina MN 55439 |
| Carl Holmgren<br>105 Indianhead Point Road<br>Balsam Lake, WI 54810 | Stephen Ditty<br>632 108th Ave. NW<br>Coon Rapids, MN. 55448 |
| Joe Kasel<br>Coldwell Banker Burnet<br>941 Hillwind Road NE<br>Fridley, MN 55432 | Stephanie Russell<br>EWR Services LLC<br>3320 Skycroft Dr<br>St. Anthony MN 55418 |

And Creditors on attached list

Executed on:  February 15, 2012          /e/ Mary C. Hoben
                                         Curtis K. Walker #113906
                                         Mary C Hoben, #335411
                                         Andrew Walker, #0392525
                                         4356 Nicollet Avenue South
                                         Minneapolis, MN  55409
                                         (612) 824-4357

| Debtor(s): **Stephen Patrick Ditty**  **Linda Sue Ditty** | Case No: **10-40537**  Chapter: **13** | **DISTRICT OF MINNESOTA**  **MINNEAPOLIS DIVISION** |

```
AAA Financial Services            Menards Retail Services
PO Box 15026                      PO Box 15521
Wilmington, DE. 19850-5026        Wilmington DE 19850-5521


Bank of America                   Messerli & Kramer
PO Box 15026                      3033 Campus Drive Suite 250
Wilmington DE  19850-5026         Plymouth MN 55441


Best Buy Retail Services          Sallie Mae Servicing
PO Box 15521                      attn Correspondence
Wilmington DE 19850-5521          PO Box 9500
                                  Wilkes-Barre PA 18773-9500


Discover Card                     Sears
PO Box 30943                      PO Box 6283
Salt Lake City UT  84130          Sioux Falls SD  57117-6282


Herberger's                       Target National Bank
Po Box 15521                      C/O Target Credit Services
Wilmington DE  19850-5521         P O Box 1581
                                  Minneapolis, MN  55440-1581


Home Depot Credit Services        TCF Mortgage
PO Box 689100                     801 Marquette
Des Moines IA 50368-9100          Minneapolis MN 55402


JCPenney's                        Veterans Administration
PO BO 981403                      Loan Guarantee Division
El Paso TX 79998-1403             Fort Snelling Federal Building
                                  St Paul MN 55111


Kohls                             Wells Fargo Card Services
PO Box 3043                       PO Box 6412
Milwaukee WI 53201-3043           Carol Stream, IL. 60197-6412


Law Offices of Curtis K. Walker
4356 Nicollet Ave So
Minneapolis, MN 55409


Macys
PO Box 8066
Mason OH  45040
```