UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:   Stephen & Linda Ditty                              BKY 10-40537-RJK

           Debtors                                         Chapter 13

## ORDER APPROVING SALE OF REAL PROPERTY

At Minneapolis, Minnesota, March 14, 2012

This case is before the court on the debtor's motion for approval of the sale of real property of the estate.

Based on the motion and the file,

IT IS ORDERED:

1. The debtors' sale of
   the property located at 3214 Tyler Street NE, Minneapolis, Hennepin County, Minnesota; legally described as:

   Lot 012, Block 004 Chute Brothers 1st Addition to City of Minneapolis, according to the recorded plat thereof. Hennepin County, Minnesota

   to EWR Services, LLC, for the sum of $81,000.00 is approved.

2. The sale of the debtors and the bankruptcy estate's interest in the property shall be "as is," and subject to the TCF Bank home equity loan, any liens, covenants, reservations and restrictions of record; any unpaid taxes, utility bills, charges or assessments or any kind or nature whatsoever, whether known or unknown; any defect of any kind in the record title to the property; any hazardous condition, disrepair, building code violation, or other physical defect of the property, whether past, present or future, latent or patent, it being the intention that no warranties or representations of any kind are being made by the debtors to the purchasers.

3. The debtors and the trustee shall execute documents required in order to effect the sale and transfer of the property, subject to the terms and conditions of this order.

                    /e/ Robert J. Kressel

                    Robert J. Kressel
                    United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 03/14/2012
Lori Vosejpka, Clerk, by LH